862 A.2d 539

IN THE MATTER OF RICHARD H. KRESS,
AN ATTORNEY AT LAW.

December 17, 2004.

### ORDER

This matter having been duly presented to the Court, it is ORDERED that **RICHARD H. KRESS** of **CLARK,** who was admitted to the bar of this State in 1979, and who was suspended from the practice of law for a period of one year effective August 11, 2003, by Order of this Court filed July 11, 2003, be reinstated to the practice of law effective immediately; and it is further

ORDERED that respondent shall practice under the supervision of a practicing attorney approved by the Office of Attorney Ethics until the further Order of the Court.